UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| v. | : | Mag. No. 25-mj-6066 (JTQ) |
| ALISHA LEE | : | **CRIMINAL COMPLAINT** |

I, Wossen Yilma, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Department of the Navy, Naval Criminal Investigative Service, and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*Wossen Yilma*
Wossen Yilma, Special Agent
U.S. Department of the Navy
Naval Criminal Investigative Service

Attested to by telephone pursuant to
F.R.C.P. 4.1(b)(2)(A) on this 5th day of
October, in the District of New Jersey.

Honorable Justin T. Quinn
<u>United States Magistrate Judge</u>
Name & Title of Judicial Officer

Signature of Judicial Officer

## **ATTACHMENT A**

On or about October 5, 2025, in Ocean County, at a place within the territorial jurisdiction of the United States, namely Joint Base McGuire-Dix-Lakehurst, in the District of New Jersey and elsewhere, the defendant,

ALISHA LEE,

did knowingly assault Victim-1 with a dangerous weapon, namely a knife, by intentionally striking and wounding Victim-1, intending to cause bodily harm to Victim-1.

In violation of Title 18, United States Code, Section 113(a)(3).

## **ATTACHMENT B**

I, Wesson Yilma, am a Special Agent with the United States Department of the Navy, Naval Criminal Investigative Service. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this Affidavit is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On October 5, 2025, shortly after midnight, ALISHA LEE ("LEE") returned to her marital home within Joint Base McGuire-Dix-Lakehurst ("JB MDL"), which she shares with Victim-1, an enlisted Sailor with the United States Department of the Navy.

2. Within their residence, a verbal argument ensued between LEE and Victim-1, while their two minor children were sleeping therein.

3. During the argument, LEE proceeded to the kitchen, grabbed a chef's knife, and brandished it at Victim-1.

4. LEE then swung the knife at least five times at Victim-1, striking him twice in the hand as he attempted to defend himself, and causing a deep laceration to one of Victim-1's fingers, which required medical attention.

5. Victim-1 called 9-1-1 for assistance. Both Victim-1 and LEE were still at the residence when law enforcement responded.

6. Law enforcement seized the knife used by LEE from the residence, which appeared to still have blood on it.

7. JB MDL is a joint military base partially located in Ocean County, New Jersey, and is within the territorial jurisdiction of the United States.