UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Justin T. Quinn |
| | : | Crim. No. 25-6066 (JTQ) |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Alisha Lee | : | TEMPORARY MODIFICATION OF |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Alisha Lee, (by Benjamin West, Assistant Federal Public Defender for Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Tracey Agnew, Assistant United States Attorney), and U.S. Pretrial Services consenting, for an Order temporarily modifying Ms. Lee's bail release conditions; and

WHEREAS, bail release conditions were imposed on October 6, 2025, by the Hon. Justin T. Quinn, United States Magistrate Judge; and

WHEREAS, those bail conditions include a condition that Ms. Lee refrain from all direct or indirect contact with "anyone who is maybe a victim in the subject investigation or prosecution unless it pertains to children;" and

WHEREAS, those bail conditions include a condition that Ms. Lee not "return to the address of the alleged incident;" and

WHEREAS, Ms. Lee and her family wish to spend Christmas morning together at 103 Hancock Road Manchester Township, New Jersey, 08759, which is the address where the incident allegedly occurred; and

WHEREAS, Oranday Chance, who is the complainant in the alleged offense, will be present and has informed law enforcement that he agrees with the request;

IT IS THE FINDING OF THIS COURT

On this 23rd day of December 2025, that the bail conditions shall be modified as follows:

1. The defendant shall be permitted to spend from 10:00 am to 1:00 pm on December 25, 2025, at 103 Hancock Road Manchester Township, New Jersey, 08759 with her children, O. C. (5 years old) and O. C. (3 years old). The father of the children, Oranday Chance, will also be present.

2. All other conditions shall remain the same.

_____
Hon. Justin T. Quinn